**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANTHONY P. CHANEY                                                                                    PLAINTIFF

v.                                         No. 3:05-CV-00199  GH

LINCOLN ELECTRIC COMPANY, et al.                                                    DEFENDANTS

**ORDER GRANTING SPECIAL APPEARANCE OF COUNSEL**

The August 25th Motion (Docket Entry 3) for Special Appearance of Michael Noonan and Deirdre McGlinchey as co-counsel for Caterpillar, Inc., is hereby GRANTED.  The August 23rd Motion (Docket Entry 47) for Laeve for Vivek K. Hatti to Appear Pro Hac Vice is also GRANTED.

Dated: September 19, 2005.

_____
                    Honorable George Howard, Jr.
                    UNITED STATES DISTRICT COURT JUDGE